UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 9:17-cv-81111-DMM

MATILDE PEREZ,

    Plaintiff,

vs.

FAMILY DOLLAR STORES OF
FLORIDA, LLC, a foreign limited
liability company,

    Defendant.
_____/

## JOINT PROPOSED DISCOVERY PLAN

The Parties, by their undersigned counsel, and in accordance with the Court's Order entered, hereby file this, their Joint Proposed Discovery Plan.

1. **The following persons participated in a Rule 26(f) Conference on _____ by telephone:**

   Juan Asconape, Esquire on behalf of Plaintiff; and

   David Tadros, Esquire on behalf of the Defendant

2. **Initial Disclosures.**

   The parties shall complete their initial disclosures required by Rule 26(a)(1) by February 20, 2018.

3. **Discovery Plan.**

The parties propose this discovery plan:

a. **Discovery will be needed on these subjects:**

Defendant FAMILY DOLLAR STORES OF FLORIDA, LLC's alleged negligence in its maintenance and operation of its store; whether that negligence, if any, was a legal cause of the Plaintiff's claimed injuries and damages; Plaintiff's comparative fault; the existence of a duty on the part of FAMILY DOLLAR STORES OF FLORIDA, LLC; the breach of that duty, if any; causation of Plaintiff's injuries; and the nature and extent of Plaintiff's claimed damages; and whether those injuries and damages were caused in whole or in part by the acts and/or omissions of a third person or persons.

b. **Dates for commencing and completing discovery:**

The parties have agreed upon proposed discovery deadlines (including General and Expert), which are set forth in Pretrial Scheduling Order.

c. **Maximum number of interrogatories by each party to another party, along with the dates the answers are due.**

The parties agree to the number of Interrogatories and deadlines set forth in the Federal Rules of Civil Procedure.

    d.    **Maximum number of requests for admissions, along with the dates the responses are due.**

The parties agree to the number of Requests for Admissions and deadlines set forth in the Federal Rules of Civil Procedure.

    e.    **Maximum number of depositions by each party.**

The parties agree to a total of 10 depositions to be taken by each party, with more permitted by agreement of parties or upon good cause shown.

    f.    **Limits on the length of depositions, in hours.**

The parties agree to the length of depositions set forth in the Federal Rules of Civil Procedure.

    g.    **Dates for exchanging reports of expert witnesses.**

The parties have agreed upon proposed dates for exchanging expert witness reports (including Plaintiff, Defendant, and Rebuttal), which are set forth in the Pretrial Scheduling Order.

4. The parties agree that discovery should not be conducted in phases.
5. The parties do not expect to have disclosure, discovery or preservation of electronically stored information.
6. The parties do not anticipate any unusual attorney client or work product privilege issues.

7. At this time the parties believe that it is too early to state whether settlement is likely.

8. The parties believe that early mediation or a settlement conference with a Magistrate Judge may be helpful, but only after sufficient discovery has been conducted. The parties will schedule Mediation according to the Pretrial Scheduling Order.

9. The parties agree that no changes to the limitations on discovery otherwise imposed by the Federal Rules of Civil Procedure or the Local Rules should be made, except to the extent required by this Discovery Plan. The parties reserve the right to mutually agree to additional changes to this Discovery Plan, or to seek court order for such changes if there is no agreement, as may be necessary for the full resolution of the parties' claims or defenses.

10. **Suggested trial date and estimate of trial length.**

    This is a Jury Trial and the parties estimate that the case will take four (4) days to try. This case is currently on the Court's Trial docket commencing June 11, 2018.

11. **Other matters.**

    The Parties agree to waive the need for trial testimony by records custodians to authenticate documents produced in discovery more

than ten (10) days prior to trial.

DATED this 14th day of November, 2017.

By: _____
JUAN ASCONAPE, ESQUIRE
**DATE SIGNED:** 11/15/17
Attorney Email: JAsconape@schwedlawfirm.com
**Eservice Email: eservice@schwedlawfirm.com**
Bar Number: 0073731
Attorneys for Plaintiff
Schwed, Adams, Sobel, & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida 33418
Telephone: (561) 694-6079
Facsimile: (561) 694-6089

By: _____
DAVID TADROS, ESQUIRE
**DATE SIGNED:** _____
**Eservice Email: dtadros@wylandtadros.com**
Bar Number: 956015
Attorneys for Defendant
WYLAND & TADROS, LLP
1665 Palm Beach Lakes Blvd., Suite 900
West Palm Beach, FL 33401
Telephone: (561) 275-2990
Facsimile: (561) 275-2991